**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| NORMA TERRY, | ) | CASE NO:    5:09-cv-2025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | NANCY A. VECCHIARELLI |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

This case is before the Magistrate Judge by the consent of the parties.  (Doc. No. 11.)  On August 27, 2010, Plaintiff, Norma Terry, through her attorney, Diane R. Newman, filed a motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $3,707.25.  (Doc. No. 20.)  This value represented 22.2 hours of work, 13.95 hours of which were performed in 2009 at $166.25 per hour, and 8.25 hours of which were performed in 2010 at $168.25 per hour.  (Pl.'s Mot. for Fees, Ex. A.)

On September 7, 2010, Defendant, the Commissioner of Social Security, and Plaintiff filed a Joint Proposed Stipulation to Award EAJA Fees in the amount of

1

$3,500.00.  (Doc. No. 21.)  The Court finds the stipulated amount of $3,500.00,

representing 22.2 hours of work at an average rate of $157.66 per hour, reasonable.

Therefore, the Court awards Plaintiff $3,500.00 in attorney fees pursuant to the EAJA.

This award shall satisfy all of Plaintiff's claims for fees and expenses under 28 U.S.C. §

2412.  On the basis of the parties' Stipulation, the award shall be mailed to Plaintiff's

attorney, Diane R. Newman.

      IT IS SO ORDERED.

                                             s/ *Nancy A. Vecchiarelli*
                                           U.S. Magistrate Judge


Date: September 8, 2010